UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>KENNETH TODD LOONEY, et al.,<br><br>    Defendants. | Case No: C 12-3094 SBA<br><br>**ORDER OF REFERENCE AND SETTING BRIEFING SCHEDULE** |

On November 20, 2012, the Clerk entered default against Kenneth Tedford Looney, individually and d/b/a Looney's Southern BBQ and HTHREEO, LLC.  Dkt. 17.  Accordingly,

IT IS HEREBY ORDERED THAT:

1. In accordance with Federal Rule of Civil Procedure 55(b)(1), Plaintiff shall file a motion for default judgment against Defendants by no later than January 8, 2013.  Upon filing, Plaintiffs' motion for default judgment shall be referred to the Chief Magistrate Judge or her designee for findings and recommendations on the motion.

2. The telephonic Case Management Conference currently scheduled for January 9, 2013 is CONTINUED to March 20, 2013 at 2:45 p.m.  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated:  November 21, 2012

SAUNDRA BROWN ARMSTRONG
United States District Judge