**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G&G CLOSED CIRCUIT EVENTS, LLC

    Plaintiff,

v.

KENNETH TEDFORD LOONEY

    Defendant.
_____/

No. 12-03094 (EDL)

NOTICE OF REFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Elizabeth D. Laporte for the purpose of hearing a motion for default judgment as ordered by Judge Armstrong in docket number 18. Briefing shall be in accordance with Civil Local Rule 7-3.

## LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)". The proceedings will take place in Courtroom E, 15th Floor, San Francisco, California.

Except as otherwise noted above, all documents shall be filed at the Clerk's Office in compliance with Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

Courtesy copies of all documents shall be provided to chambers in conformance with Civil Local Rule 5-1(e)(7).

1 Any party seeking an award of attorney's fees or other expenses in connection with this motion
2 shall file a motion in accordance with Civil Local Rule 37-3.

Dated: November 29, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge