UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH TODD LOONEY, et al.,<br><br>Defendants. | Case No: C 12-03094 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 32 |

On February 1, 2013, Plaintiff filed objections to Magistrate Judge Elizabeth Laporte's Report and Recommendation regarding Defendants' Motion to Set Aside Default. Dkt. 32. In accordance with Civil Local Rule 72-3, Plaintiff has accompanied its objections with a Motion for De Novo Determination re Defendants' Motion to Set Aside Entry of Default. Dkt. 32-1. Local Rule 72-3 specifies that such motion "must be made pursuant to Civil L.R. 7-2." In turn, Local Rule 7-2 provides that motions must be "noticed in writing on the motion calendar of the assigned Judge not less than 35 days after service of the motion." Despite this provision, Plaintiff neglected to notice its motion on the Court's calendar. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for De Novo Determination re Defendants' Motion to Set Aside Entry of Default (Dkt. 32-1) shall be placed on the Court's motion calendar for April 9, 2013 at 1:00 p.m. Defendants shall file their opposition to Plaintiff's motion by no later than February 19, 2013, and Plaintiff shall file its reply by no later than February 26, 2013. Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion without oral

argument. The parties are advised the check the Court's website to determine whether an appearance on the motion is required.

      3.     The telephonic Case Management Conference currently scheduled for March 20, 2013, is CONTINUED to April 24, 2013 at 3:00 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

      IT IS SO ORDERED.

Dated: 2/5/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge