1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH TEDFORD LOONEY, ET AL.,<br><br>Defendants. | CASE NO. 4:12-cv-03094-SBA<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS KENNETH TEDFORD LOONEY, individually and d/b/a LOONEY'S SOUTHERN BBQ; and HTHREEO, LLC, an unknown business entity d/b/a LOONEY'S SOUTHERN BBQ |

IT IS HEREBY STIPULATED by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC, and Defendants KENNETH TEDFORD LOONEY, individually and d/b/a LOONEY'S SOUTHERN BBQ; and HTHREEO, LLC, an unknown business entity d/b/a LOONEY'S SOUTHERN BBQ, that the above-entitled action is hereby dismissed **without prejudice** against KENNETH TEDFORD LOONEY, individually and d/b/a LOONEY'S SOUTHERN BBQ; and HTHREEO, LLC, an unknown business entity d/b/a LOONEY'S SOUTHERN BBQ and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by September 20, 2013, the dismissal shall be deemed to be **with prejudice.**

///

///

STIPULATION OF DISMISSAL
4:12-cv-03094-SBA
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

6  Dated: August 1, 2013

   LAW OFFICES OF THOMAS P. RILEY, P.C.
7  By: Thomas P. Riley
   Attorneys for Plaintiff
8  G & G CLOSED CIRCUIT EVENTS, LLC

11 Dated: 8/7/2013

   LAW OFFICES OF MATTHEW A. PARE, A.P.C.
12 By: Matthew A. Pare
   Attorneys for Defendants
13 KENNETH TEDFORD LOONEY, individually and d/b/a
14 LOONEY'S SOUTHERN BBQ; and HTHREEO, LLC, an
   unknown business entity d/b/a LOONEY'S SOUTHERN BBQ

23
24 IT IS SO ORDERED:

26 _____          Dated: 4/18/2014
   The Honorable Saundra Brown Armstrong
27 United States District Court
28 Northern District of California

STIPULATION OF DISMISSAL
4:12-cv-03094-SBA
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 1, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLANTIFF'S COMPLAINT AGAINST DEFENDANTS KENNETH TEDFORD LOONEY, individually and d/b/a LOONEY'S SOUTHERN BBQ; and HTHREEO, LLC, an unknown business entity d/b/a LOONEY'S SOUTHERN BBQ**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Matthew A. Pare, Esq.                         (Attorneys for Defendants)
LAW OFFICES OF MATTHEW PARE, A.P.C.
303 H. Street, Ste 435
Chula Vista, CA 91910

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 1, 2013, at South Pasadena, California.

Dated: August 1, 2013

VANESSA VENTURA

STIPULATION OF DISMISSAL
4:12-cv-03094-SBA
PAGE 3